## United States District Court for the Northern District of Illinois

Case Number: 08CV2338     Assigned/Issued By: J. N.

Judge Name:     Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons     ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
_____
(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

__3__ Original and __3__ copies on __4-25-08__ as to NATHANIEL SEIDMAN;
(Date)
ATM GLOBAL SYSTEMS, INC.; MARK RICHMAN

---

C:\wpwin80\docket\feeinfo.frm     03/14/05