**FILED**
APR 30 2008 TC
Apr 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ATM GLOBAL SYSTEMS, INC, MARK RICHMAN and NATHANIEL SEIDMAN,<br><br>Defendants. | Case Number 08 CV 2338<br><br>Hon. Matthew F. Kennelly,<br>United States District Judge<br><br>Hon. Morton Denlow<br>United States Magistrate Judge<br><br>**APPEARANCE OF DEFENDANTS** |

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants ATM Global Systems, Inc, Mark Richman and Nathaniel Seidman, hereby appear in the above-captioned matter by the undersigned counsel.

Dated: 4/29/08

Respectfully Submitted,

CLYDE DeWITT
LAW OFFICES OF CLYDE DeWITT
*(Subject to Admission Pro Hac Vice)*

By: _____
    Clyde DeWitt

THOMAS D. ROSENWEIN
GORDON, GLICKMAN, FLESCH & ROSENWEIN

By: _____
    Thomas D. Rosenwein

Counsel for the defendants.

C:\Documents and Settings\CD\Desktop\Appearance.wpd

1  Clyde DeWitt
   Law Offices of Clyde DeWitt
2  11755 Wilshire Boulevard
   Los Angeles, CA 90025
3  (310) 571-2710 or 442-0072
   Fax (310) 442-0899
4  clydedewitt@earthlink.net
       (Subject to Admission Pro Hac Vice)
5
   Thomas D. Rosenwein
6  Gordon, Glickman, Flesch & Rosenwein
   140 S. Dearborn St., Suite 404
7  Chicago, IL 60603
   (312) 346-1080
8  Fax (312) 346-3708
   trosenwein@lawggf.com

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28