UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ATM GLOBAL SYSTEMS, INC., a Florida | ) | |
| Corporation, | ) | No. 08 C 2338 |
| | ) | |
| MARK RICHMAN, individually, and as | ) | |
| officer of ATM Global Systems, Inc., and, | ) | Judge Kennelly |
| | ) | |
| NATHANIEL SEIDMAN, individually, and | ) | |
| as an officer of ATM Global Systems, Inc., | ) | |
| and doing business as GPC MARKETING, | ) | |
| LTD., | ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF MOTION

To:     Counsel of Record

PLEASE TAKE NOTICE that on Thursday, May 8, 2008, at 9:30 a.m., I shall appear before

Judge Kennelly in the courtroom usually occupied by him in the Dirksen United States Courthouse, 219

South Dearborn Street, Chicago, Illinois, and present the **AGREED MOTION TO ENTER**

**STIPULATED JUDGMENT**, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ Donald Lorenzen
DONALD LORENZEN
Assistant United States Attorney
219 South Dearborn, etc.
Chicago, Illinois 60604
(312) 353-5330
Donald.Lorenzen@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**NOTICE OF MOTION**

**AGREED MOTION TO ENTER STIPULATED JUDGMENT**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on May 2, 2008, to the following non-ECF filers:

> Clyde Dewitt
> Law Offices of Clyde DeWitt
> 11755 Wilshire Boulevard
> Los Angeles, CA 90025

> Thomas D. Rosenwein
> Gordon, Glickman, Flesch &
> Rosenwein
> 140 South Dearborn
> Suite 404
> Chicago, Illinois 60603

> By: s/ Donald R. Lorenzen
>     DONALD R. LORENZEN
>     Assistant United States Attorney
>     219 South Dearborn Street
>     Chicago, Illinois 60604
>     (312) 353-5330