UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ATM GLOBAL SYSTEMS, INC., a Florida ) | |
| Corporation, ) | No. 08 C 2338 |
| ) | |
| MARK RICHMAN, individually, and as ) | |
| officer of ATM Global Systems, Inc., and, ) | Judge Kennelly |
| ) | |
| NATHANIEL SEIDMAN, individually, and ) | |
| as an officer of ATM Global Systems, Inc., ) | |
| and doing business as GPC MARKETING, ) | |
| LTD., ) | |
| ) | |
| Defendants. | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Donald R. Lorenzen
    DONALD R. LORENZEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5330
    Donald.Lorenzen@usdoj.gov

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that the following document:

    Attorney Designation

was served on May 2, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Clyde F. Dewitt
Attorney at Law
11755 Wilshire Boulevard
Suite 1450
Los Angeles, CA 90025


                                             s/ Donald R. Lorenzen
                                             DONALD R. LORENZEN
                                             Assistant United States Attorney
                                             219 South Dearborn Street
                                             Chicago, Illinois 60604
                                             (312) 353-5330
                                             Donald.Lorenzen@usdoj.gov