(Revised 02/01/01)

**ORIGINAL**

## United States District Court   Northern District of Illinois
### APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | United States of America, | Plaintiff |
|---|---|---|
| | VS. | |
| | ATM Global Systems, Inc., Mark Richman and Nathaniel Seidman | Defendants |

| Case Number: | 08 CV 2338 | Judge: | Hon. Matthew F. Kennelly |
|---|---|---|---|

I, Clyde DeWitt, hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

ATM Global Systems, Inc., Mark Richman and Nathaniel Seidman by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| State courts of Texas (good standing but inactive status) | Sept., 1973 |
| State courts of California | June, 1985 |
| State Courts of Nevada | May, 2006 |
| US Supreme Ct., 6 of the US Courts of Appeal and 7 US District Courts | 1976-2006 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| None | | |
| | RECEIVED | |
| | APR 3 0 2008  TC | |
| | MICHAEL W. DOBBINS | |
| | CLERK, U.S. DISTRICT COURT | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

**Has the applicant designated local counsel?**   Yes [X]   No [ ]

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | Yes | No |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | ☐ | ☒ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | ☐ | ☒ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | ☒ | ☐ |
| denied admission to the bar of any court? | ☐ | ☒ |
| held in contempt of court? | ☐ | ☒ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

_4/29/08_
Date

_[signature]_
Signature of Applicant

| Applicant's Name | Last Name: DeWitt | First Name: Clyde | Middle Name/Initial: F. |
|---|---|---|---|
| Applicant's Law Firm | | | |
| Applicant's Address | Street Address: 11755 Wilshire Boulevard | | Room/Suite Number: Suite 1450 |
| | City: Los Angeles | State: CA | ZIP Code: 90025 | Work Phone Number: (310) 477-9370 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

(Fee Stamp)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $100.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

**PAID**
APR 30 2008  TC
4624601671
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**ORDER**

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: _5-6-08_

_[signature]_
United States District Judge

ATTACHMENT

With respect to the question concerning being "transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court", the answer is no with one exception. I requested transfer to inactive status in Texas several years after moving from there to California because maintaining active status would have required me to comply with continuing legal education requirements and I no longer had a need to be in active status because I had no further cases in Texas. This was not under any cloud of suspicion by the Bar that I had engaged in any misconduct but, rather, solely for my own convenience and because I was no longer practicing law in Texas or handling cases in Texas.

| AFFIDAVIT OF SPONSOR |||||
|---|---|---|---|---|
| **NAME OF SPONSOR** | LAST NAME<br>Rosenwein | FIRST NAME<br>Thomas | MIDDLE NAME/INITIAL<br>D. ||
| **ADDRESS OF SPONSOR** | FIRM OR BUSINESS NAME<br>Gordon, Glickman, Flesch & Rosenwein ||||
| | STREET ADDRESS<br>140 S. Dearborn Street |||  ROOM NUMBER<br>404 |
| | CITY<br>Chicago | COUNTY<br>Cook | STATE<br>IL | ZIP<br>60603 |
| **ADMISSION DATE** | Enter the date on which the sponsor was admitted to practice before the Illinois Supreme Court or the highest court of another state or the District of Columbia. || | DATE<br>05/19/78 | STATE<br>IL |

I, the above-named sponsor, state that:

(a) I am currently, and for at least two years have been, a member in good standing of the general bar of  __Illinois and this Court__
(State or District of Columbia)

(b) I have known the petitioner for a period of not less than __4 months__ years.

(c) I have known the petitioner under the following circumstances:

He appeared as my local counsel when I was admitted pro hac vice in a case in Los Angeles earlier this year. He was recommended to me by a Chicago attorney who has known him for decades.

(d) I know the petitioner's character to be: __Excellent__

(e) I know the petitioner's reputation to be: __Excellent__

(f) I know the petitioner's experience at the bar to be as follows:

He has been handling federal civil litigation for over 30 years.

(g) The petitioner is of good moral character and otherwise well qualified to practice as a member of the bar of the United States District Court for the Northern District of Illinois.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: __4/30/08__                       _____
(Signature of Sponsor)