# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2338 | **DATE** | 5/8/2008 |
| **CASE TITLE** |  | USA vs. ATM | |

**DOCKET ENTRY TEXT**

Agreed motion to enter stipulated judgment is granted. Enter Order. Clerk of Court directed to terminate all pending motions and schedules.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|